# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JONATHAN EDMUNDS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　**Case No. 6:05-cv-410-Orl-19DAB**

**THRIFTY NICKEL OF ORLANDO, INC.,
D/B/A AMERICAN CLASSIFIEDS, and
ROBERT CHISTENSEN,**

        **Defendant.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST THRIFTY NICKEL (Doc. No. 28)**
>
> **FILED:** June 20, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

There has been no showing that substitute service on Lynn Murphy, "Administrative Assistant" is adequate service of process on the corporate Defendant Thrifty Nickel of Orlando, Inc.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2005.

                                         *David A. Baker*

                                       DAVID A. BAKER
                             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record