**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JONATHAN EDMUNDS,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-410-Orl-22DAB**

**THRIFTY NICKEL OF ORLANDO, INC.,**
**d/b/a American Classifieds, and ROBERT**
**CHRISTENSEN,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court on the Joint Motion for Approval of Proposed Settlement (Doc. No. 38) filed on October 14, 2005.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed October 18, 2005 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of Proposed Settlement (Doc. No. 38) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party